In the Matter of Proving the Will of SARAH A. DELMAR, Deceased.

HENRY F. BARNES et al., Appellants; THE NATIONAL CITY BANK OF NEW YORK et al., Respondents.

(Submitted September 27, 1926; decided October 5, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 7.)